UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| WILLIAM IRVING LINENDOLL and | 14-05089-5-SWH |
| SHARON ANN LINENDOLL, | CHAPTER 13 |
|   DEBTOR(S) | |

OBJECTION TO CLAIM, NOTICE THEREOF
AND CERTIFICATE OF SERVICE

    NOW COMES, John F. Logan, Standing Chapter 13 Trustee, who objects to the Court Claim Number 15 filed by PROSPER MARKETPLACE, INC in the amount of $8,661.37 for the following reason indicated:

    PROSPER MARKETPLACE, INC filed the Court Claim Number 15 with the Court on January 14, 2015 in the amount of $8,661.37. The last day for creditors to file their claim expired on January 5, 2015. Therefore, this claim should be disallowed in full as a late filed claim.

    **NOTICE IS HEREBY GIVEN** to the Creditor/Claimant named above, that if no Response to the above Objection(s) is filed in writing with the **CLERK, US BANKRUPTCY COURT–EDNC, P.O. Box 791, RALEIGH, NORTH CAROLINA, 27602, within THIRTY (30) DAYS** of the date of this Objection and Notice, the relief requested by the Trustee herein may be granted without hearing or further notice. Any party desiring a hearing must request a hearing in writing with the above Clerk within the time herein set forth; otherwise no hearing will be conducted unless the Court, in its discretion, directs that a hearing be set. If a hearing is requested, such hearing will be conducted at a time and place to be later fixed by the Court and the parties requesting such a hearing will be notified accordingly. Any party filing a Response and requesting a hearing shall attend the hearing or costs may be assessed against him.

    **DATE OF OBJECTION AND NOTICE**: February 3, 2015

    /s/ John F. Logan
    John F. Logan, Trustee
    P.O. Box 61039
    Raleigh, NC  27661-1039
    (919) 876-1355

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | CASE NUMBER: |
| WILLIAM IRVING LINENDOLL and | 14-05089-5-SWH |
| SHARON ANN LINENDOLL, | CHAPTER 13 |
|   DEBTOR(S) | |

**CERTIFICATE OF SERVICE**

I, Charlene Zhuang, of P.O. Box 61039, Raleigh, NC 27661-1039, do certify:

That I am and at all times hereinafter was, more than eighteen (18) years of age; and

That I have this day served a copy of the Objection to Claim and Notice Thereof upon all interested parties in this action by depositing a copy of same in a postage paid envelope with the United States Postal Service addressed to:

John T. Orcutt, Attorney At Law
6616-203 Six Forks Rd.
Raleigh, NC 27615

William Irving Linendoll
Sharon Ann Linendoll
2808 Buckboard Lane
Raleigh, NC 27603

Prosper Marketplace, Inc.
Attn: Registered Agent/Manager
221 Main St. Suite 300
San Francisco, CA 94105

**or if such interested party is an E-Filing User, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON:  February 3, 2015

                                                          /s/Charlene Zhuang
                                                          Charlene Zhuang
                                                          Case Administrator