SO ORDERED.

SIGNED this 18 day of March, 2015.

_____
Stephani W. Humrickhouse
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN THE MATTER OF:                                CASE NUMBER:
WILLIAM IRVING LINENDOLL and                     14-05089-5-SWH
SHARON ANN LINENDOLL,                            CHAPTER 13
  DEBTOR(S)

## ORDER

**THIS MATTER** comes on before the Court, upon the Objection to the Court Claim Number 16 as filed by John F. Logan, Chapter 13 Trustee.

**IT APPEARING TO THE COURT** that said Objection was made for just cause.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED**

That the Court Claim Number 16 filed by PROSPER MARKETPLACE, INC. in the amount of $3,309.85 is hereby disallowed in full.

**End of Document**